IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WEIDERT,

    Petitioner,                          No. CIV S-10-3307 DAD P

    vs.

GARY SWARTHOUT,

    Respondent.                      ORDER

_____/

        Petitioner, a state prisoner proceeding with counsel, has requested that this action be dismissed without prejudice so that it may be refiled in U.S. District Court for the Northern District of California.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: January 4, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
weid3307.159